**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000484
06-MAR-2024
10:13 AM
Dkt. 62 ODSD**

NO. CAAP-23-0000484

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


US BANK TRUST NATIONAL ASSOCIATION,
AS TRUSTEE OF DWELLING SERIES IV TRUST,
Plaintiff/Counterclaim Defendant-Appellee, v.
RANDOLPH BAHAM,
Defendant/Crossclaim Defendant-Appellant, and
ASSOCIATION OF APARTMENT OWNERS OF OPUA HALE PATIO HOMES,
Defendant/Counterclaimant/Crossclaimant-Appellee, and
TOYOKO BAHAM; JONAH KOGEN; AMERICAN SAVINGS BANK, F.S.B.;
MILILANI TOWN ASSOCIATION;
STATE OF HAWAII, DEPARTMENT OF TAXATION,
Defendants/Crossclaim Defendants-Appellees, and
JOHN AND MARY DOES 1-20; DOE PARTNERSHIPS, CORPORATIONS,
OR OTHER ENTITIES 1-20,
Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC181000323)


ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon review of the record, it appears that:

(1) The opening brief was due on or before December 29, 2023;

(2) Self-represented Defendant/Crossclaim Defendant-Appellant Randolph Baham (**Baham**) failed to file the opening brief;

(3) On January 5, 2024, the appellate clerk entered a default notice informing Baham that the time for filing the opening brief had expired, the matter would be called to the court's attention on January 16, 2024, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules

of Appellate Procedure Rule 30, and Baham could request relief from default by motion; and

(4) Since the default notice, Baham has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, March 6, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge